■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JEFFREY A. DENNIS, Appellant. [679 NYS2d 919] —Judgment

unanimously affirmed (*see, People v Hidalgo,* 91 NY2d 733). (Appeal from Judgment of Niagara County Court, Fricano, J.— Assault, 1st Degree.) Present—Pine, J. P., Hayes, Callahan, Balio and Boehm, JJ.